IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| M.A.C. & ASSOCIATES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | CASE NO. 3:16-CV-418 HTW-LRA |
| SIEMENS INDUSTRY, INC. and JOHN DOES 1-3, | ) | |
| | ) | |
| Defendants. | ) | |

## DISCLOSURE STATEMENT OF DEFENDANT SIEMENS INDUSTRY, INC.

Pursuant to Local Rule 7(c) of the United States District Court for the Southern District of Mississippi and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Siemens Industry, Inc. certifies that Siemens Industry, Inc. is a corporation.

Siemens Industry, Inc., is a wholly-owned subsidiary of Siemens Corporation, which is wholly owned by Siemens USA Holdings, Inc., which is wholly owned by Siemens Beteiligungen Inland GmbH (a German corporation), which is wholly owned by Siemens Aktiengesellschaft a/k/a Siemens AG (a German corporation). Siemens AG is publicly traded in Germany. No publicly-held corporation owns ten percent or more of Siemens AG's stock.

Respectfully submitted, this 3rd day of June, 2016.

    SIEMENS INDUSTRY,
    DEFENDANT

    By Its Attorneys

    WATKINS & EAGER PLLC

    By:   */s/ Walter T. Johnson*
            WALTER T. JOHNSON

Walter T. Johnson (MSB No. 8712)
WATKINS & EAGER PLLC
400 East Capitol Street (39201)
Post Office Box 650
Jackson, Mississippi 39205
Telephone: (601) 965-1900
Facsimile: (601) 965-1901
Email: wjohnson@watkinseager.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 3, 2016, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and by depositing a copy thereof in the United States Mail, postage prepaid, first class, addressed as follows:

Robert L. Gibbs, Esq.
Tujuana S. McGee, Esq.
Gibbs Travis, PLLC
1400 Meadowbrook Road, Suite 100
Jackson, MS 39211
*Attorneys for Plaintiff*

/s/ *Walter T. Johnson*
WALTER T. JOHNSON