UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| M.A.C. & ASSOCIATES, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SIEMENS INDUSTRY, INC. and JOHN DOES 1-3., | ) Case No. 3:16-CV-418-HTW-LRA ) ) ) |
| Defendants. | ) ) ) |

## STATUS REPORT

COMES NOW Plaintiff, M.A.C. & Associates, LLC, by and through counsel of record, and submits its status report to the court. This case is still a live controversy. It has not settled nor is it on the verge of settlement. There are currently several motions pending before this Court: Defendant's Motion for Judgment on the Pleadings, Plaintiff's Motion to Amend, and Defendant's Motion for Protective Order.

This the 2nd day of March, 2017.

                                                Respectfully submitted,

                                                **M.A.C. & ASSOCIATES, LLC**

                                                /s/ Robert L. Gibbs_____
                                                Robert L. Gibbs

OF COUNSEL:

Robert L. Gibbs, MSB No. 4816
Tujuana S. McGee, MSB No. 104263
Gibbs Travis PLLC
1400 Meadowbrook Road, Suite 100
Jackson, Mississippi 39211
Telephone: 601-487-2631
Facsimile: 601-366-4295
Email: rgibbs@gibbstravis.com
Email: tmcgee@gibbstravis.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was duly served upon all known counsel of record, this the 2nd day of March, 2017, and upon all parties registered with the Court's electronic filing system by operation of the Court's ECF system.

/s/ *Robert L. Gibbs*
ROBERT L. GIBBS