IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION
Case No. 3:16-CV-418HTW-LRA

| | | |
|---|---|---|
| M.A.C. & ASSOCIATES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **STATUS REPORT OF** |
| v. | ) | **SIEMENS INDUSTRY, INC.** |
| | ) | |
| SIEMENS INDUSTRY, INC. and JOHN DOES 1-3, | ) ) | |
| | ) | |
| Defendants. | ) | |

Defendant Siemens Industry, Inc. submits this status report pursuant to the Court's March 2, 2017 Order. All of Plaintiff's claims other than its contract claim are subject to a pending motion for judgment on the pleadings. [Docket No. 27.] With respect to the remaining contract claim, Defendant has paid Plaintiff in full for all work completed under the contract. The case has not settled and no settlement is imminent.

Respectfully submitted, this 3rd day of March, 2017.

              SIEMENS INDUSTRY, INC.
              DEFENDANT

              By Its Attorneys

              WATKINS & EAGER PLLC

      By: /s/ Walter T. Johnson_____
              WALTER T. JOHNSON

Walter T. Johnson (MSB No. 8712)
WATKINS & EAGER PLLC
400 East Capitol Street (39201)
Post Office Box 650
Jackson, Mississippi 39205

Telephone: (601) 965-1900
Facsimile: (601) 965-1901
Email: wjohnson@watkinseager.com

Andrew S. Chamberlin (*pro hac vice*)
ELLIS & WINTERS, LLP
Post Office Box 2752
Greensboro, N.C. 27402
Telephone: (336) 217-4195
Facsimile: (336) 217-4198
Email: andrew.chamberlin@elliswinters.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

Date: March 3, 2017.

/s/ Walter T. Johnson
WALTER T. JOHNSON