**UNITED STATES DISTRICT COURT**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**M.A.C. & ASSOCIATES, LLC,**                                                          **PLAINTIFF**

**vs.**                                                   **CIVIL ACTION NO.: 3:16-CV-418-HTW-LRA**

**SIEMENS INDUSTRY, INC. and JOHN DOES 1-3.**                          **DEFENDANTS**

**<u>ORDER</u>**

The parties having announced to the court that they have reached a settlement in this matter, and the court being desirous that this case be finally closed on its active docket,

IT IS ORDERED that this case is hereby dismissed, without prejudice, as to all parties. The parties shall submit a final agreed judgment within thirty (30) days.

If any party fails to consummate this settlement within THIRTY (30) DAYS, any aggrieved party may reopen the case for enforcement of the settlement agreement and, if successful, all additional attorney fees and costs from the date of this order shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.  The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED this 20th day of July, 2017.


__s/ HENRY T. WINGATE_____
UNITED STATES DISTRICT COURT JUDGE