## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| M.A.C. & ASSOCIATES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | )  Case No. 3:16-CV-418HTW-LRA |
| SIEMENS INDUSTRY, INC. and JOHN DOES 1-3, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

The parties having agreed to dismiss this case, with prejudice, as evidenced by the signatures below,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is hereby dismissed, WITH PREJUDICE, as to all parties.

SO ORDERED this 21st day of August, 2017.


_____s/ HENRY T. WINGATE_____

**For Plaintiff M.A.C. & Associates, LLC:**


**/s/** Tujuana S. McGee___
Robert L. Gibbs (MSB No. 4816)
Tujuana S. McGee (MSB No. 104263)
GIBBS TRAVIS PLLC
1400 Meadowbrook Road, Suite 100
Jackson, Mississippi  39211
Telephone:  (601) 487-2631
Facsimile:  (601) 366-4295
Email:  rgibbs@gibbstravis.com

*Attorneys for Plaintiff M.A.C. & Associates, LLC*
**For Defendant Siemens Industry, Inc.:**

/s/ Walter T. Johnson
Walter T. Johnson (MSB No. 8712)
WATKINS & EAGER PLLC
400 East Capitol Street (39201)
Post Office Box 650
Jackson, Mississippi  39205
Telephone:  (601) 965-1900
Facsimile:  (601) 965-1901
Email:  wjohnson@watkinseager.com


Andrew S. Chamberlin (*pro hac vice*)
ELLIS & WINTERS, LLP
Post Office Box 2752
Greensboro, N.C. 27402
Telephone:  (336) 217-4195
Facsimile:  (336) 217-4198
Email:  andrew.chamberlin@elliswinters.com

*Attorneys for Defendant Siemens Industry, Inc.*